**Order entered July 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-00599-CR
No. 05-15-00600-CR
No. 05-15-00601-CR
No. 05-15-00602-CR
No. 05-15-00603-CR

**BRIAN WAYNE DRAKE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F13-20916-Q, F13-34020-Q, F13-40858-Q**
**F13-70914-Q, F13-70920-Q**

## ORDER
Before Justices Bridges, Lang, and Schenck

Based on the Court's opinion of this date, we **DIRECT** the Clerk of the Court to issue the

mandates in these appeals **INSTANTER**.

/s/     DAVID J. SCHENCK
         JUSTICE